# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

**Funds up to the amount of $397,000.00 in account number 1000184878758 at SunTrust Bank, account name Fatima Sadruddin**

Case No. 1:19-MJ-31

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Eastern__ District of __Tennessee__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**Funds up to the amount of $397,000.00 in account number 1000184878758 at SunTrust Bank, account name Fatima Sadruddin**

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from the account by anyone other than duly authorized law enforcement agents, and promptly provide officers or contractors of the Federal Bureau of Investigation with the current account balance.**

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __3/12/19__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __Susan K. Lee, United States Magistrate Judge__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __2/26/19 @ 3:17 pm__    _____
*Judge's signature*

City and state: __Chattanooga, Tennessee__    __Susan K. Lee, United States Magistrate Judge__
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-MJ-31 | Date and time warrant executed:<br>2/27/19 9:25am | Copy of warrant and inventory left with:<br>Corporate Service Company<br>by SA Susan McDavitt |
| Inventory made in the presence of:<br>N/A | | |
| Inventory of the property taken: | | |

$129,080.98 received on 3/8/2019 from SunTrust Bank representing funds in account number 1000184878758. See attached letter and copy of cashier's check.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/8/2019

_Executing officer's signature_

David Kukura, Special Agent, FBI
_Printed name and title_


SunTrust

SunTrust Bank
Garnishment and Levy Processing
MC. FL-ORLANDO-7136
PO Box 620577
Orlando. FL 32862-0577

2/28/2019
Case No.
318A-KX-2944908
SunTrust Levy Number
357362

F.B.I.
ATTN: SPECIAL AGENT DAVID KUKURA
633 CHESTNUT STREET, SUITE 540
CHATTANOOGA, TN 37450

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRIC OF TENNESSEE

VS

FATIMA SADRUDDIN

## FUNDS HELD

Dear Sir or Madam:

SunTrust Bank hereby submits an answer in response to the Order in the above-referenced matter:

| Account | Amount |
| --- | --- |
| 1000193109351 | $808.70 |
| 1000225674083 | $1,003.01 |
| 1000184878758 | $129,080.98 |
| Total | $130,892.69 |

As per the Court Order, SunTrust Bank will continue to hold the account(s) listed above until further orders of the Court are received by the bank instructing SunTrust as to the disposition of the funds held.

If you have any questions regarding this matter, please contact our office at 1-877-220-9402.

Sincerely,
I Betancourt
Garnishment and Levy Processing

Please direct additional inquiries to:
SunTrust Bank
Garnishment and Levy Processing
MC: FL-ORLANDO-7136
P.O. BOX 620577
ORLANDO FL 32862-0577



UNITED STATES MARSHAL'S SERVICE


Garnishment and Levy Processing

## OFFICIAL CHECK

REMITTER: SunTrust Banks, Inc.
FL- ORLANDO-7136

NO. 3231945432
DATE: 2/28/2019
PROCESSOR: I Betancourt
Your Ref: 318A-KX-2944908
Our Ref: 357362
FATIMA SADRUDDIN

Void if over $130,892.69

**PAY EXACTLY** 130 892 69

One Hundred Thirty Thousand Eight Hundred Ninety Two Dollars and Sixty Nine Cents

**AMOUNT**
**$130,892.69**

PAY TO THE ORDER OF   UNITED STATES MARSHAL'S SERVICE

SunTrust Banks, Inc by its Authorized Agent
SunTrust Bank

Payable at SunTrust Bank

AUTHORIZED SIGNATURE

⑈3231945432⑈ ⑆061100790⑆ 7019019996⑈